**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1360**

---

ELSA TEKLE,

Petitioner,

versus

ALBERTO R. GONZALES,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.  (A95-906-077)

---

Submitted:  September 19, 2005      Decided:  November 2, 2005

---

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Allan Ebert, LAW OFFICES OF ALLAN EBERT, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Michelle Gorden Latour, Senior Litigation Counsel, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elsa Tekle, a native of Eritrea, petitions for review of an order of the Board of Immigration Appeals (Board) denying as untimely her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen. See 8 C.F.R. § 1003.2(a), (c) (2005). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Tekle, No. A95-906-077 (B.I.A. Mar. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED